Argued and submitted July 23,
affirmed as modified September 22, 1980

In the Matter of the Compensation of

REINHART,
*Respondent,*
*v.*
STATE ACCIDENT INSURANCE FUND,
*Petitioner.*

(No. 79-2369, CA 17068)

616 P2d 582

Darrell E. Bewley, Associate Counsel, SAIF, argued the cause for petitioner. With him on the brief were K. R. Maloney, Chief Counsel, and James A. Blevins, Chief Trial Counsel, SAIF, Salem.

Theodore E. Sims, Portland, argued the cause for respondent. On the brief was E. U. Sims, Portland.

Before Joseph, Presiding Judge, and Warden and Warren, Judges.

JOSEPH, P.J.

**JOSEPH, P.J.**

In this workers' compensation case, the referee found that the claimant was severely disabled but that his disability was not a result of his employment. The Board reversed and awarded him permanent total disability. SAIF appeals.

Review of the record persuades us that claimant has a work related permanent disability which prevents him from returning to the kind of work he previously performed. We are not persuaded that he is totally disabled. We find that he is entitled to an award of 85 percent (275 degrees) for unscheduled permanent partial disability.

Affirmed as modified.